IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EUGENE CREMER, | ) | No. C 11-4987 JSW (PR) |
| Petitioner, | ) ) | **ORDER OF DISMISSAL** |
| vs. | ) ) | |
| JAMES D. HARTLEY, | ) ) | |
| Respondent. | ) ) ) | |

Petitioner, a California state prisoner, filed this pro se habeas corpus petition pursuant to 28 U.S.C. § 2254. The petition was dismissed with leave to amend within thirty days because it had not been signed. *See* Fed. R. Civ. P. 11(a). In that order Petitioner was warned that if he did not file a signed amended petition within the time allowed the case would be dismissed. He has not responded to the Court's order. This case therefore is **DISMISSED** without prejudice. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 02/06/2012

JEFFREY S. WHITE
United States District Judge